## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JAMES DOYLE, an individual, d/b/a Rocky Mountain Ventures, and Environmental Land Technologies, Ltd., A Utah limited partnership, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES. ) Defendant. ) ) | No. 22-0499 Hon. Nancy B. Firestone |

**Plaintiffs' Unopposed Motion for a 30-Day Extension
to File Their Response to Motion to Dismiss**

Plaintiffs, James Doyle, an individual, d/b/a Rocky Mountain Ventures, and Environmental Land Technologies, Ltd., a Utah limited partnership, ask this Court for a 30-day extension of time within which to file their response to Defendant's, the United States, Motion to Dismiss.[1] Doyle's response is due on October 4, 2022. If the Court grants this motion, the deadline to file Doyle's response will be November 3, 2022. This is Doyle's first request for an extension of time for this purpose. Counsel for Defendant has stated that he does not oppose this motion for enlargement of time.

Doyle requests this enlargement of time because of counsel's especially busy schedules now and over the next few months. Specifically, counsel have business travel for a site visit to property in New Mexico on September 15, 2022 to September 17, 2022,

---

[1] Def.'s Mot. to Dismiss (Sept. 6, 2022) (ECF No. 8).

1

and are discussing a subsequent visit to the property with expert witnesses in the first week of October. In addition, counsel has appellate briefs due in the Federal Circuit in two separate appeals, Counsel are also preparing expert witness disclosures and working with expert witnesses in preparing expert reports in a case pending in the U.S. District Court for the Western District of Washington. Counsel are also engaged in summary judgement briefing in a case pending in the U.S. District Court for the District of Massachusetts.

    Having shown good cause for this extension, Doyle asks the Court to grant this unopposed motion for a 30-day extension of time to file their response.

September 12, 2022                                      Respectfully submitted,

                                                                        s/Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
MARZULLA LAW, LLC
1150 Connecticut Avenue, NW
Suite 1050
Washington, DC 20036
(202) 822-6760
nancie@marzulla.com
roger@marzulla.com

Counsel for Plaintiffs

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, a copy of the foregoing Unopposed Motion for a 30-Day Extension to File Response to Motion to Dismiss was served by email to all counsel of record through the Court's ECF filing system.

s/Audrey B. Yost

Audrey B. Yost
